# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KEVIN TRADO,

    Plaintiff,

v.                                                           Case No.: _____

EOS USA INC. d/b/a EOS CCA,

    Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, EOS USA Inc. d/b/a EOS CCA (EOS), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

    1.    EOS is a named defendant in this civil action filed by plaintiff, Kevin Tirado, ("plaintiff"), in the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, titled *Kevin Tirado v. EOS USA Inc. d/b/a EOS CCA,* Case No.: 2021-CC-005798 (hereinafter the "State Court Action").

    2.    EOS removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.,* as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3.      Pursuant to 28 U.S.C. § 1446(b), EOS has timely filed this Notice of Removal.  EOS was served with plaintiff's Complaint on December 15, 2021.  This Notice of Removal is filed within 30 days of receipt of the Complaint by EOS.

4.      Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.      A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Tenth Judicial Circuit, in and for Polk County, Florida.

WHEREFORE, defendant, EOS USA Inc. d/b/a EOS CCA, hereby removes to this Court the State Court Action.

Dated: January 4, 2022

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2472
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal

*Counsel for Defendant,*
*EOS USA Inc. d/b/a EOS CCA*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Michael P. Schuette*
Attorney